The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| CARLO CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>HIRERIGHT, LLC, HUMAN RESOURCE PROFILE, INC., YARDSTICK, LLC,<br><br>    Defendants. | No. 3:23-cv-06066-BHS<br><br>**STIPULATION AND ORDER REGARDING DEFENDANT HIRERIGHT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Note on Motion Calendar:<br>**December 7, 2023** |

## STIPULATION

Plaintiff Carlo Castro ("Castro") and defendant HireRight, LLC ("HireRight") stipulate and agree that the deadline for HireRight to respond to Castro's Complaint be extended to January 16, 2024.

SO STIPULATED this 7th day of December, 2023.



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

| | |
|---|---|
| **ARETE LAW GROUP PLLC** | **CONSUMER ATTORNEYS** |
| By: */s/ Jeremy Roller* <br> Jeremy E. Roller, WSBA No. 32021 <br> Lisa M. Herb, WSBA No. 23161 <br> 1218 Third Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Telephone: (206) 428-3250 <br> Fax: (206) 428-3251 <br> jroller@aretelaw.com <br> lherb@aretelaw.com | By: */s/ Dawn McCraw* <br> Dawn McCraw, WSBA No. 54543 <br> 450 Alaskan Way S, Suite 200 <br> Seattle, WA 98014 <br> dmmcraw@consumerattorneys.com <br><br> *Attorneys for Plaintiff Carlo Castro* |

*Attorneys for Defendant HireRight, LLC*

## ORDER

IT IS SO ORDERED.

Dated: December 7th, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER
REGARDING DEFENDANT HIRERIGHT'S
DEADLINE TO RESPOND TO COMPLAINT
No. 3:23-cv-06066-BHS – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**CONSUMER ATTORNEYS**

Dawn McCraw  
450 Alaskan Way S, Suite 200  
Seattle, WA 98014  
dmmcraw@consumerattorneys.com

☐ E-mail  
☐ U.S. Mail  
☒ E-filing

*Attorneys for Plaintiff Carlo Castro*

Dated this 7th day of December, 2023 in Seattle, Washington.

*/s/ Janet Fischer*  
Janet Fischer  
Paralegal

STIPULATION AND ORDER REGARDING DEFENDANT HIRERIGHT'S DEADLINE TO RESPOND TO COMPLAINT  
No. 3:23-cv-06066-BHS – Page 3

ARÊTE LAW GROUP  
1218 THIRD AVE., STE 2100  
SEATTLE, WA 98101  
O: (206) 428-3250