Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

CARLO CASTRO,

                    Plaintiff(s),

v.

HIRERIGHT, LLC, HUMAN RESOURCE PROFILE, INC., YARDSTICK, LLC,

                    Defendant(s).

NO. 3:23-cv-06066-BHS

STIPULATION AND ORDER TO EXTEND DEFENDANT HUMAN RESOURCE PROFILE, INC.'S DEADLINE TO FILE ANSWER TO COMPLAINT

**NOTE ON MOTION DOCKET: DECEMBER 8, 2023**

## I.  STIPULATION

Plaintiff Carlo Castro and Defendant Human Resource Profile, Inc., by and through their undersigned counsel of record, do hereby stipulate and agree that the deadline for Defendant Human Resource Profile, Inc., to answer Plaintiff's Complaint be extended to January 16, 2024.

DATED this 8th day of December, 2023.

CONSUMER ATTORNEYS

By: /s/ Dawn McCraw
     Dawn McCraw, WSBA #54543
Attorney for Plaintiff Carlo Castro

STIPULATION AND ORDER TO EXTEND DEFENDANT HUMAN RESOURCE PROFILE, INC.'S DEADLINE TO FILE ANSWER TO COMPLAINT - 1
10851-0004  Stipulation and Order to Extend Deadline to Answer Complaint.docx
NO. 3:23-cv-06066-BHS

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

PREG O'DONNELL & GILLETT PLLC

By /s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198
Gregory S. Latendresse, WSBA #32787
Attorneys for Defendant Human Resource Profile, Inc.

## II. ORDER

IT IS SO ORDERED.

DATED this 8th day of December, 2023.

BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER TO EXTEND DEFENDANT HUMAN RESOURCE PROFILE, INC.'S DEADLINE TO FILE ANSWER TO COMPLAINT - 2
10851-0004  Stipulation and Order to Extend Deadline to Answer Complaint.docx
NO. 3:23-cv-06066-BHS

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiff Carlo Castro**:
Dawn McCraw, Esq.
Consumer Attorneys

 _x_   **Via CM/ECF**
         *dmmcraw@consumerattorneys.com*

DATED at Seattle, Washington, this 8th day of December, 2023.

/s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198

STIPULATION AND ORDER TO EXTEND DEFENDANT HUMAN RESOURCE PROFILE, INC.'S DEADLINE TO FILE ANSWER TO COMPLAINT - 3
10851-0004  Stipulation and Order to Extend Deadline to Answer Complaint.docx
NO. 3:23-cv-06066-BHS

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113