1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLO CASTRO, an individual,

          Plaintiff,

   v.

HIRERIGHT, LLC, HUMAN RESOURCE
PROFILE, INC., YARDSTIK, LLC;

          Defendants.

Case No. 3:23-cv-06066-BHS

STIPULATION AND ORDER TO EXTEND
DEFENDANT YARDSTIK, INC.'S
DEADLINE TO RESPOND TO
COMPLAINT

NOTE ON MOTION CALENDAR:
December 13, 2023

## STIPULATION

    Plaintiff Carlo Castro and Defendant Yardstik, Inc., by and through their undersigned

counsel of record, do hereby stipulate and agree that the deadline for Defendant Yardstik, Inc. to

respond to Plaintiff's Complaint be extended to January 16, 2024.

STIPULATION AND ORDER TO EXTEND DEFENDANT YARDSTIK,
INC.'S DEADLINE TO RESPOND TO COMPLAINT - 1
Case No. 3:23-cv-06066-BHS

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

DATED this 13th day of December, 2023.


s/Dawn McCraw
Dawn McCraw, WSBA No. 54543
dmccraw@consumerattorneys.com
CONSUMER ATTORNEYS
450 Alaskan Way S, Ste 200
Seattle, WA 98104
Telephone: (602) 807-1527
Facsimile: (718) 715-1750

Attorneys for Plaintiff Carlo Castro

s/Susan K. Stahlfeld
Susan K. Stahlfeld, WSBA No. 22003
susan.stahlfeld@millernash.com
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: (206) 624-8300
Facsimile: (206) 340-9599

Attorneys for Defendant Yardstik, Inc.


# ORDER

IT IS SO ORDERED.

DATED this 14th day of December, 2023.


BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER TO EXTEND DEFENDANT YARDSTIK,
INC.'S DEADLINE TO RESPOND TO COMPLAINT - 2
Case No. 3:23-cv-06066-BHS

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Dawn McCraw
CONSUMER ATTORNEYS
450 Alaskan Way S, Ste 200
Seattle, WA 98104
Telephone: (602) 807-1527
Facsimile: (718) 715-1750
Email: dmccraw@consumerattorneys.com

☐ via Hand Delivery
☐ via U.S. Mail
☐ via E-Service
☐ via Email
☒ via CM/ECF

Attorneys for Plaintiff

Jeremy Roller
Lisa Herb
Arete Law Group
1218 Third Ave, Ste 2100
Seattle, WA 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251
Email: jroller@aretelaw.com
        lherb@aretelaw.com

☐ via Hand Delivery
☐ via U.S. Mail
☐ via E-Service
☐ via Email
☒ via CM/ECF

Attorneys for Defendant HireRight, LLC

Justin E. Bolster
Gregory S. Latendresse
Preg O'Donnell & Gillett PLLC
901 Fifth Ave, Ste 3400
Seattle, WA 98164
Telephone: (206) 287-1775
Facsimile: (206) 287-9113
Email: jbolster@pregodonnell.com
        glatendresse@pregodonnell.com

☐ via Hand Delivery
☐ via U.S. Mail
☐ via E-Service
☐ via Email
☒ via CM/ECF

Attorneys for Defendant Human Resource
Profile, Inc.

CERTIFICATE OF SERVICE - 1
Case No. 3:23-cv-06066-BHS

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1

2       Under the laws of the United States of America and the state of Washington, the

3  undersigned hereby declares, under penalty of perjury, that the foregoing statements are true and

4  correct to the best of my knowledge.

5       Signed at Seattle, Washington, on December 13, 2023.

6                                         s/Elizabeth Pitman
                                          Elizabeth Pitman, Legal Assistant
7

8  4862-1560-0023.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 2
Case No. 3:23-cv-06066-BHS