1  Dawn McCraw WA #54543
   **CONSUMER ATTORNEYS**
2  450 Alaskan Way South, Suite 200
   Seattle, Washington 98104
3  T: 602.807.1527
   F: (718) 715-1750
4  E: dmmcraw@consumerattorneys.com
   *Attorneys for Plaintiff*
5  *Carlo Castro*

6

7
       **IN THE UNITED STATES DISTRICT COURT
8      FOR THE WESTERN DISTRICT OF WASHINGTON
       TACOMA DIVISION**
9

10 | CARLO CASTRO,                         | Case No.: 3:23-cv-06066-BHS
11 |                                       |
12 |          Plaintiff,                   |
   |                                       | **STIPULATED EXPEDITED MOTION
13 | v.                                    | AND ORDER TO EXTEND THE
   |                                       | PARTIES' DEADLINE TO FILE A
14 | HIRERIGHT, LLC., HUMAN RESOURCE       | JUDGMENT OR PETITION IN
   | PROFILE, INC., YARDSTIK, INC.;        | RESPONSE TO PLAINTIFF'S
15 |                                       | ACCEPTANCE OF RULE 68 OFFER
16 |          Defendants.                  | OF JUDGMENT**
17 |                                       |
   |                                       | **NOTE ON MOTION DOCKET:
18 |                                       | APRIL 1, 2024**
19

20                          **I.   STIPULATION**

21      Plaintiff Carlo Castro and Defendant HireRight, LLC, by and through their undersigned

22 counsel of record, do hereby stipulate and agree that the deadline for the parties to either

23 file a proposed judgment or a fee petition in response to Plaintiff's acceptance of

24 HireRight's Rule 68 Offer of Judgment be extended seven (7) days to April 8, 2024. The

25 requested extension is due to Plaintiff's attorney staff being out sick and a calendaring issue

26 and is not for the purpose of delay.

27

28

                                        1

| | | |
|---|---|---|
| 1 | Dated: April 1, 2024, | By: */s/ Dawn McCraw* |
| 2 | | Dawn McCraw WA #54543 |
| | | **CONSUMER ATTORNEYS** |
| 3 | | E: dmmcraw@consumerattorneys.com |

*Attorneys for Plaintiff*
 *Carlo Castro*

**ARETE LAW GROUP PLLC**
 *By: /s/Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Lisa M. Herb, WSBA No. 231611218
jroller@aretelaw.com
lherb@aretelaw.com

**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
 *By: /s/ Leah Tedford*
Leah Tedford (pro hac vice)
ltedford@mmwr.com

*Attorneys for Defendant HireRight, LLC*

## II. ORDER

IT IS SO ORDERED.

DATED this 1st day of April 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Roxanne Harris*