The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CARLO CASTRO,<br><br>    Plaintiff,<br><br> v.<br><br>HIRERIGHT, LLC, HUMAN RESOURCE PROFILE, INC., YARDSTICK, LLC,<br><br>    Defendants. | No. 3:23-cv-06066-BHS<br><br>**STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON CARLO CASTRO'S MOTION FOR ATTORNEYS' FEES**<br><br>Note on Motion Calendar:<br>**April 17, 2024** |

**STIPULATED MOTION**

Plaintiff Carlo Castro ("Castro") and Defendant HireRight, LLC ("HireRight") stipulate as follows:

  1. HireRight's response to Castro's Motion for Attorneys' Fees (the "Fee Motion") (Dkt. No. 37) should be due Monday, April 29, 2024.

  2. Castro's reply in support of the Fee Motion should be due Friday, May 10, 2024.

  3. The Fee Motion should be re-noted to Friday, May 10, 2024.

SO STIPULATED this 17th day of April, 2024.

STIPULATED MOTION AND
ORDER SETTING BRIEFING SCHEDULE ON CARLO
CASTRO'S MOTION FOR ATTORNEYS' FEES
No. 3:23-cv-06066-BHS – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

| | |
|---|---|
| **ARETE LAW GROUP PLLC** | **CONSUMER ATTORNEYS** |
| By: /s/ Jeremy Roller | By: /s/ Dawn McCraw |
| Jeremy E. Roller, WSBA No. 32021 | Dawn McCraw, WSBA No. 54543 |
| Lisa M. Herb, WSBA No. 23161 | 450 Alaskan Way S, Suite 200 |
| 1218 Third Avenue, Suite 2100 | Seattle, WA 98014 |
| Seattle, WA 98101 | dmmcraw@consumerattorneys.com |
| Telephone: (206) 428-3250 | |
| Fax: (206) 428-3251 | *Attorneys for Plaintiff Carlo Castro* |
| jroller@aretelaw.com | |
| lherb@aretelaw.com | |

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

By: /s/ Leah Tedford
Leah Tedford (*pro hac vice*)
1735 Market Street, 21st Floor
Philadelphia, PA 19103-7505
Telephone: (215) 772-1500
Fax: (215) 722-7620
ltedford@mmwr.com

*Attorneys for Defendant HireRight, LLC*

## ORDER

IT IS SO ORDERED.

Dated this 18th day of April, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON CARLO CASTRO'S MOTION FOR ATTORNEYS' FEES
No. 3:23-cv-06066-BHS – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**CONSUMER ATTORNEYS**

| | |
|---|---|
| Dawn McCraw<br>450 Alaskan Way S, Suite 200<br>Seattle, WA 98014<br>dmmcraw@consumerattorneys.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

*Attorneys for Plaintiff Carlo Castro*

**MILLER NASH LLP**

| | |
|---|---|
| Susan K. Stahlfeld<br>605 5th Ave S, Ste 900<br>Seattle, WA 98104<br>susan.stahlfeld@millernash.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

**ARNALL GOLDEN GREGORY LLP**

| | |
|---|---|
| Megan P. Mitchell (*pro hac vice*)<br>171 17th St NW, Ste 2100<br>Atlanta, GA 30363<br>megan.mitchell@agg.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

*Attorneys for Defendant Yardstik, Inc.*

**PREG O'DONNELL & GILLETT PLLC**

| | |
|---|---|
| Gregory S. Latendresse<br>Justin E. Bolster<br>90 Fifth Ave, Ste 3400<br>Seattle, WA 98164<br>glatendresse@pregodonnell.com<br>jbolster@pregodonnell.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

*Attorneys for Defendant Human Resource Profile*

STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON CARLO CASTRO'S MOTION FOR ATTORNEYS' FEES
No. 3:23-cv-06066-BHS – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1 | Dated this 17th day of April, 2024, in Seattle, Washington.

2 | /s/ *Kaila Greenberg*
Kaila Greenberg
3 | Legal Assistant

STIPULATED MOTION AND
ORDER SETTING BRIEFING SCHEDULE ON CARLO
CASTRO'S MOTION FOR ATTORNEYS' FEES
No. 3:23-cv-06066-BHS – Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250