Honorable Benjamin H. Settle

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION**

| | |
|---|---|
| CARLO CASTRO, | Case No.: 3:23-cv-06066-BHS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| HIRERIGHT, LLC., HUMAN RESOURCE PROFILE, INC., YARDSTIK, INC.; | |
| Defendants. | |

Plaintiff Carlo Castro, by counsel, and Defendant Yardstik, Inc., by counsel, having filed their Stipulation of Dismissal with Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS THEREFORE, ORDERED, that this action and all claims of Plaintiff against only Yardstik, Inc. are dismissed with prejudice. Plaintiff and Defendant Yardstik, Inc. shall each bear their own costs and attorneys' fees.

Because Defendants HireRight LLC and Human Resource ProFile Inc. remain, this order does not close the case.

//

Dated this 7th day of May, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: 3:23-cv-06066-BHS

Consumer Attorneys
450 Alaskan Way South, Suite 200
Seattle, Washington 98104

2