1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLO CASTRO,

               Plaintiff,

   v.

HIRE RIGHT, LLC., et al.,

               Defendant.

CASE NO. C23-6066 BHS

ORDER

13

14

15

16

17

18

19

20

21

22

     THIS MATTER is before the Court on plaintiff Carlo Castro's motion for attorneys' fees and costs, following his acceptance of Defendant Hire Right's Federal Rule of Civil Procedure 68 Offer of Judgment. Dkt. 37. Castro seeks $15,130 in fees, asserting that his attorneys reasonably spent 35.6 hours at a reasonable rate of $425 per hour resolving the case. Castro also seeks the fees incurred in filing his motion for fees, which is itself 17 pages long, with 600 pages of exhibits. *Id*. He also seeks $199 in costs.

     Hire Right contends that Castro's fee request is unreasonable. It argues Castro used a "cut and paste" complaint and that "nothing happened" in the case between its filing and its settlement. It argues that a reasonable rate is $350, and that 8.5 hours are reasonable. Dkt. 43. It also asks the Court to reduce that amount by 10% under the *Kerr*

ORDER - 1

1  factors. *Id.* (citing *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 69–70 (9th Cir. 1975),

2  *abrogated on other grounds by City of Burlington v. Dague*, 505 U.S. 557 (1992)). Hire

3  Right also argues that Castro is not entitled to the fees incurred in filing a motion for fees,

4  because the accepted Offer of Judgment is a contract, which capped the fees at those

5  incurred "through the date of service" of the Offer of Judgment. Dkt. 43 at 5 (citing Dkt.

6  44-1 at 5 (offer of judgment)).

7       The first step in determining reasonable fees is to calculate the lodestar figure, by

8  taking the number of hours reasonably expended on the litigation and multiplying it by

9  the appropriate hourly rate. *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). The Court

10  should exclude overstaffed, redundant, or unnecessary time.  *Id.* at 434. The Court must

11  also consider the extent of Plaintiffs' success, as that is a "crucial factor" in determining

12  an appropriate award. *Id.* at 440.

13       Castro filed his case on November 11, 2023. Dkt. 1. He accepted Hire Right's

14  Rule 68 Offer of Judgment, for $7,251.00, on March 1, 2024. Dkt. 28. His counsel

15  contends that she has "determined the $425 per hour is a reasonable rate," Dkt. 37-1 at 2,

16  though she concedes she was awarded $350 as a reasonable rate in a similar case in this

17  District two years ago. *Id*. at 4.

18       Counsel attaches a "spreadsheet" (not a bill) that she contends is an accurate

19  reflection of the time she spent on Castro's case against Hire Right. Dkt. 37-3. It includes

20  2.3 hours of research on Hire Right, about 7 hours to draft and file the Complaint, almost

21  an hour to draft and review the Summons, and an hour to review Hire Right's Answer. It

22

1 | includes 4.3 hours for reviewing discovery requests, 4.2 hours for reviewing and

2 | evaluating the Offer of Judgment, and 7.4 hours for the post- acceptance fee motion. *Id*.

3 |     The Court agrees that these fees were not reasonably expended on a case that the

4 | plaintiff promptly settled for less than half of the fees requested. Rates and hours must be

5 | reasonable, in light of all the circumstances, including the amount at stake. It should not

6 | have taken an experienced attorney 7 hours to draft the complaint in this case, or for any

7 | attorney to spend an hour reviewing a boilerplate-denial-and-list-of-affirmative-defenses

8 | Answer. It does not take an hour to draft a summons. Castro does not contend that the

9 | discovery his attorney reviewed advanced the case, or even that it was served. It is

10 | difficult to view 4.3 hours drafting discovery as reasonable in these circumstances.

11 | Counsel does not explain why reviewing the offer of judgment took more than 4 hours; it

12 | should not have. Finally, the Court will not award fees for the fee motion itself, because

13 | such additional fees were excluded from the terms of the Offer of Judgment that Castro

14 | accepted.

15 |     The Court will award 10 hours at $375 per hour for the work performed on

16 | Castro's behalf, or $3,750.00 in reasonable attorneys' fees, plus $199.00 in costs. The

17 | parties shall inform the Court that the fees and costs have been paid within 15 days, and

18 | the Court will terminate Hire Right and dismiss the case. Castor's motion for fees and

19 | costs is, to this extent, **GRANTED**.

20 |     **IT IS SO ORDERED**.

21 | //

22 | //

ORDER - 3

1    Dated this 29th day of July, 2024.

2

3

     BENJAMIN H. SETTLE

4         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 4