Honorable Benjamin H. Settle

Dawn McCraw WA #54543
**CONSUMER ATTORNEYS**
450 Alaskan Way South, Suite 200
Seattle, Washington 98104
T: 602.807.1527
F: (718) 715-1750
E: dmccraw@consumerattorneys.com
*Attorneys for Plaintiff*
*Carlo Castro*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### TACOMA DIVISION

| | |
|---|---|
| CARLO CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>HIRERIGHT, LLC., HUMAN RESOURCE PROFILE, INC., YARDSTIK, INC.;<br><br>Defendants. | Case No.: 3:23-cv-06066-BHS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HUMAN RESOURCE PROFILE, INC.** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Human Resource Profile, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Human Resource Profile, Inc.

**IT IS SO ORDERED.**

1  Dated this 5th day of September, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge