UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLO CASTRO,<br><br>               Plaintiff,<br>v.<br><br>HIRERIGHT LLC., et al.,<br><br>               Defendant. | CASE NO. C23-6066 BHS<br><br>ORDER |

THIS MATTER is before the Court on its own motion, following its award of attorneys' fees in connection with plaintiff Castro's acceptance of defendant HireRight's Rule 68 offer of judgment, Dkt. 58, and the parties' subsequent notice that those fees had been paid, Dkt. 59.

Castro's claims against HireRight are **DISMISSED** with prejudice. Because all claims against all parties have been resolved, the case is closed. The Clerk shall close the case.

//

//

ORDER - 1

**IT IS SO ORDERED.**

Dated this 4th day of April, 2025.

                                            BENJAMIN H. SETTLE
                                            United States District Judge